No. 2532.—CITIZENS' BANK OF LOUISIANA *v.* ROBERT MURDOCK AND
G. W. WILLIAMS.

An acknowledgment written on the back of a promissory note by the drawers, who are also indorsers, will not relieve the holder from the effect of the plea of prescription made by the other indorsers.

APPEAL from the Thirteenth Judicial District, parish of Tensas. *Hough*, J. *Sparrow & Montgomery*, for plaintiffs and appellants. *Aroni & Collier*, for defendants and appellees.

TALIAFERRO, J. The plaintiffs bring suit upon a promissory note, dated fourth of November, 1861, for the sum of $3100, payable five months after date, drawn by Hughes, Hylleston & Co., to their own order and indorsed by them and also by the defendants. At the

maturity of the note, its payment was extended four months by consent of parties. An acknowledgment of the obligation was entered upon the note by the drawers on the fifth of November, 1866, but not by any of the other parties.

The defense is prescription, which must prevail. Suit was instituted against the defendants on the fourth of December, 1867, and citation was served on them the second November, 1868, more than five years having intervened between the time fixed by the extension of payment in 1862 and service of citation.

It is therefore ordered that the judgment of the district court sustaining the plea of prescription be affirmed, with costs in both courts.